HONORABLE RONALD B. LEIGHTON

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES BALIS HILL

        Plaintiff,

    v.

DOUG WADDINGTON

        Defendant.

Case No. C05-5325 RBL

ORDER DENYING PLAINTIFF'S
MOTION FOR RECUSAL

      This matter is before the court on the Plaintiff's Motion for Recusal and Affidavit of Prejudice [Dkt. #6]. Plaintiff "upon information and belief" feels "the Honorable RBL/KLS" is prejudiced against him. He supplies no facts supporting this belief, as to either Magistrate Judge Strombom ("KLS") or Judge Leighton ("RBL"). The Plaintiff has made no showing under either 28 U.S.C. §144 or 28 U.S.C. §455 of any bias or any appearance of bias on the part of either Judge. The Motion to Recuse is therefore DENIED.

      DATED this 15th day of September, 2005

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1