1
2
3
4
5
6
7

8         UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
9                    AT TACOMA

10

11   JAMES BALIS HILL,
                                              Case No.  C05-5325RBL
12                  Petitioner,
                                              ORDER GRANTING
13          v.                                APPLICATION TO PROCEED *IN*
                                              *FORMA PAUPERIS*
14   DOUG WADDINGTON,

15                  Respondent.

16

17       Petitioner's application for leave to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**.  Petitioner
18  does not appear to have funds available to afford the $5.00 filing fee.
19       The Clerk is directed to mail a copy of this Order to petitioner.
20       DATED this 28th day of September, 2005.
21
22
23
                                              /s/ Karen L. Strombom
24                                            Karen L. Strombom
                                              United States Magistrate Judge
25
26
27
28

ORDER
Page - 1